# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154552 & (88)

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v                                                   SC: 154552
                                                    COA: 325313
                                                    Saginaw CC: 14-039760-FC
JOHN HENRY GRANDERSON,
 Defendant-Appellant.
_____/

By order of September 12, 2017, the application for leave to appeal the September 13, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Chatman* (Docket No. 155184). On order of the Court, leave to appeal having been denied in *Chatman* on March 9, 2018, 501 Mich 1011 (2018), the application is again considered and, it appearing to this Court that the case of *People v Swilley* (Docket No. 154684) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

The motion for leave to file a supplemental brief remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



d0920

Clerk